ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
 wwong@grsm.com
 mailto:wwong@grsm.com
*Attorneys for Navy Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STANLEY K. ANTHORY JR., | ) | Case No.: 2:18-cv-01245-JCM-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| vs. | ) | **EXTEND TIME TO FILE** |
| | ) | **ANSWER TO COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; | ) | **[ECF NO. 1]** |
| NAVY FEDERAL CREDIT UNION; OMNI | ) | |
| FINANCIAL; PIONEER/MAC, INC. | ) | **FIRST REQUEST** |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Stanley K. Anthory, Jr. ("Plaintiff"), and Defendant Navy Federal Credit Union ("NFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on July, 9, 2018 [ECF No. 1].

2. NFCU recently retained counsel, and a short extension is necessary to allow NFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and NFCU also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for NFCU to respond to the Complaint until August 24, 2018. This will allow the parties to continue settlement discussions without incurring additional

-1-

fees and expenses.

4. NFCU requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. This stipulation is made in good faith and not for the purposes of delay.

6. Therefore, the parties agree that NFCU's response to the Complaint is now due on or before **August 24, 2018**.

DATED: August 2, 2018.

GORDON REES SCULLY
MANSUKHANI, LLP

 /s/ Robert S. Larsen
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Navy Federal Credit Union*

DATED: August 2, 2018.

HAINES & KRIEGER, LLC

 /s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Stanley K. Anthory Jr.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2018